FILED
United States Court of Appeals
Tenth Circuit

May 12, 2014

Elisabeth A. Shumaker
Clerk of Court

**UNITED STATES COURT OF APPEALS**

**TENTH CIRCUIT**

QUETZELINA LUBE,

        Plaintiff-Appellant,

v.

NCO FINANCIAL SERVICES,

        Defendant-Appellee.

No. 14-1014
(D.C. No. 1:02-CV-02158-MSK-PAC)
(D. Colo.)

**ORDER AND JUDGMENT**[*]

Before **GORSUCH**, **MURPHY**, and **HOLMES**, Circuit Judges.

Quetzelina Lube's appeal comes to us almost a decade after her suit was

dismissed. Since that dismissal Ms. Lube has filed repeated motions for

reconsideration. This appeal concerns the latest effort. We discern no reversible

error in the district court's decision to deny Ms. Lube's current motion. Even

viewing it generously, the two paragraph pleading does not specify grounds for

reconsideration sufficient to meet the requirements of Fed. R. Civ. P. 60(b). And

---

[*] After examining the brief and appellate record, this panel has determined unanimously that oral argument would not materially assist the determination of this appeal. *See* Fed. R. App. P. 34(a)(2) and 10th Cir. R. 34.1(G). The case is therefore ordered submitted without oral argument. This order and judgment is not binding precedent except under the doctrines of law of the case, res judicata, and collateral estoppel. It may be cited, however, for its persuasive value consistent with Fed. R. App. P. 32.1 and 10th Cir. R. 32.1.

to the extent Ms. Lube seeks to challenge the original dismissal of her suit, the time for that appeal has passed.

Affirmed.

ENTERED FOR THE COURT


Neil M. Gorsuch
Circuit Judge